# LAW OFFICE OF PETER A. ROMERO

promero@romerolawny.com

David D. Barnhorn
dbarnhorn@romerolawny.com

April 2, 2021

Hon. Arlene R. Lindsay
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**FILED**
**CLERK**

9:32 am, Apr 05, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Re:   Rodriguez v. Russell Plastics Technology Co., Inc.
      20-CV-03013 (GRB) (ARL)

Dear Judge Lindsay:

This firm represents the Plaintiff in the above-referenced action. We write on behalf of all parties to inform the Court that the parties have agreed to settle all of Plaintiff's claims. The parties are in the process of preparing settlement paperwork and anticipate filing a stipulation of dismissal with prejudice within 30 days.

Respectfully,

*/s Peter A. Romero*

PETER A. ROMERO

cc:   All counsel of record

**ORDER DISMISSING CASE:** In light of the settlement in principle this case is hereby DISMISSED without prejudice to its reinstatement should the settlement not be consummated. Barring any further requests for an extension within 45 days of this order, this dismissal shall deemed with prejudice.
Dated: 4/5/2021
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.

LAW OFFICE OF PETER A. ROMERO PLLC · LABOR AND EMPLOYMENT LITIGATION
825 Veterans Hwy, Hauppauge, New York 11788 · (631) 257-5588 · overtimelawny.com